# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:14-cr-090-JAD-PAL |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOSE NUNO (ID# 1833866) |
| vs. | |
| JOSE NUNO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JOSE NUNO before the United States District Court at Las Vegas, Nevada, on or about July 29, 2015, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 23, 2015

_____
UNITED STATES MAGISTRATE JUDGE